# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN DENISE TISDALE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>Defendant. | Case No. CV 15-05406-R-JEM<br><br>J U D G M E N T |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED with prejudice.

DATED: June 13, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE